# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2020

## NO. 03-19-00578-CV

**Reagan National Advertising of Austin, Inc., Appellant**

**v.**

**Studio M Select Wines, LLC, Appellee**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on May 28, 2019. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, reverses the trial court's judgment, renders judgment that the parties take nothing, and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.